## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ASSOCIATED INTERNATIONAL § | | |
| INSURANCE COMPANY § | | PLAINTIFF |
| § | | |
| v. § | CIVIL NO.: 1:16cv239-HSO-JCG | |
| § | | |
| FIRST SPECIALTY § | | |
| INSURANCE CORPORATION § | | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Court's Order [24] entered November 18, 2016, granting in part and denying in part the Motion to Dismiss [6] and the Motion to Abstain [8] filed by Defendant First Specialty Insurance Corporation,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of November, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE